**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **BINER MA,**<br><br>Plaintiff,<br><br>v.<br><br>**CVS PHARMACY, INC., CVS HEALTH CORPORATION, RANDY HATFIELD, HUMAN RESOURCES MANAGER OF CVS HEALTH CORPORATION,**<br><br>Defendants. | No. 1:19-cv-03367<br><br>Honorable Robert M. Dow Jr.<br>Magistrate Judge Jeffrey Cole |

**DEFENDANTS' MOTION TO
SUBSTITUTE AND/OR CLARIFY PARTY DEFENDANTS**

CVS Pharmacy, Inc., CVS Health Corporation and Randy Hatfield (collectively, "Defendants") submit this motion to dismiss CVS Health Corporation and substitute Highland Park CVS, L.L.C. as the proper party to the pending motion to dismiss the Amended Complaint of *pro se* Plaintiff Biner Ma ("Plaintiff") for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Defendants state the following:

1.      On May 31, 2019, Plaintiff filed the instant action against CVS Pharmacy, Inc. alleging fraud, civil conspiracy and violations of 42 USC §1985 (3). [*See* Docket No. 8]. The genesis of this action relates to a November 27, 2015 refund made to Plaintiff at a CVS pharmacy located on 6510 North Sheridan Road in Chicago. (Compl. ¶¶ 4 – 11; Amended Compl. ¶¶ 6 – 13). Plaintiff alleges that an unnamed store manager who worked at the 6510 North Sheridan Road location refused to follow a refund agreement and called Plaintiff an "Ugly woman" and "Ugly Asian."

2.      The CVS pharmacy located on 6510 North Sheridan Road is operated by Highland Park CVS, L.L.C. which employs all store personnel, including the store manager at issue. *See* Declaration of Melanie Luker, ("Decl. Lucker") ¶ 6, attached hereto as Exhibit A.

3.      On July 2, 2019, CVS Pharmacy, Inc. filed a Motion to Dismiss Plaintiff's Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). CVS Pharmacy, Inc. did not move to dismiss the Plaintiff's claims for failure to name the correct party. Rather, in good faith, CVS Pharmacy, Inc. identified in its Motion to Dismiss that the proper party to the action was Highland Park CVS, L.L.C. because the underlying genesis for this action occurred at a CVS store operated by Highland Park CVS, L.L.C. which employed the store personnel involved in the alleged incident, including the unnamed store manager.

4.      On July 23, 2019, while the Motion to Dismiss was pending, Plaintiff filed an Amended Complaint, naming Randy Hatfield and CVS Health Corporation as defendants, without modifying any other allegations from the original Complaint. [*See* Docket No. 22].

5.      On September 20, 2019, Mr. Hatfield and CVS Health Corporation filed a Motion to Join the Pending Motion to Dismiss, again seeking dismissal of the claims based on Plaintiff's failure to state a cause of action. [*See* Docket No. 30].

6.      Defendants recently determined Mr. Hatfield was not a store employee, but rather a field employee, and thus reported up through CVS Pharmacy, Inc. Decl. Lucker ¶ 3. Defendants have further confirmed that CVS Health Corporation does not employ any personnel and has no direct involvement in the operation of CVS Pharmacy, Inc. or the underlying CVS store. Decl. Lucker ¶ 7.

7.      For the sake of judicial economy, and based on the clarification of the different corporate entities and their relationship to this litigation, Defendants request that they be allowed

-2-

to continue with CVS Pharmacy Inc. as the correct party to the pending Motion to Dismiss, as this is the entity that employed Mr. Hatfield.

8.   Defendants respectfully request this Court to dismiss CVS Health Corporation and substitute Highland Park CVS, L.L.C. as the proper party.  CVS Health Corporation is not a proper party because it does not employ any personnel and has no involvement to the matter at issue. Highland Park CVS, L.L.C. is a correct party to the pending litigation because the underlying genesis for this action relates to an incident which occurred at a CVS location owned by Highland Park CVS, L.L.C. which employed the store personnel involved in the alleged incident.  Decl. Lucker ¶ 6.

9.   Defendants acknowledge that Mr. Hatfield is a proper party to this litigation.

10.   The identity of the corporate Defendant that employed Mr. Hatfield does not change the legal arguments raised in the pending Motion to Dismiss.  As such, Defendants CVS Pharmacy, Inc., Randy Hatfield, and Highland Park CVS, L.L.C. request to join the pending Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted,

**CVS PHARMACY, INC., RANDY HATFIELD, AND HIGHLAND PARK CVS, L.L.C.**

By: */s/ Jenna Kim*
One of Their Attorneys

-4-

Jenna Kim ARDC# 6327155
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street, Suite 1000
Chicago, IL  60654
312.372.5520
*jekim@littler.com*

Alice Kokodis
*Pro Hac Vice admission*
LITTLER MENDELSON, P.C.
A Professional Corporation
One International Plaza, Suite 2700
Boston, MA 02110
617.378.6074
*akokodis@littler.com*

Dated:  October 23, 2019

-5-

## CERTIFICATE OF SERVICE

Jenna Kim, an attorney, hereby certifies that, on October 23, 2019, she caused the foregoing

***Defendants' Motion to Substitute and/or Clarify Party Defendants*** to be electronically filed with

the Clerk of the Court, using the court's CM/ECF system. Notification of such filing will be sent

to the following party:

BINER MA
6044 N. Broadway Street, 2nd Floor
Chicago, IL 60660
binerma@hotmail.com


*/s/ Jenna Kim*
Jenna Kim